| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>DiGirolamo, Thomas M. | 2. Court or Organization<br><br>U.S. District Court - Maryland | 3. Date of Report<br><br>04/11/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, Maryland 20770 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Our Lady of Good Counsel High School - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Advisors #1 | | | | | | | | | |
| 2. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. Wells Fargo Advisors #2 | | | | | | | | | |
| 5. Wells Fargo Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 6. American Funds Tax-exempt Fund Maryland CL-C | A | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. Wells Fargo Advisors #4 | | | | | | | | | |
| 9. Wells Fargo Bank Deposit Sweep | | None | J | T | | | | | |
| 10. DIS Common Stock | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. Wells Fargo Advisors Municipal Account | | | | | | | | | |
| 13. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 14. University MD Sys Aux Fac & Tuition Rev Prerefunded SrA | A | Interest | K | T | | | | | |
| 15. University MD Sys Aux Fac & Tuition Rev Unrefunded SrA | A | Interest | | | Sold | 04/17/12 | K | A | |
| 16. Maryland St Dpt Transn Cons Transn Rv B/E | A | Interest | | | Sold | 05/14/12 | K | B | |
| 17. Puerto Rico Comwlth G/O Unltd B/E | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Charlotte NC Rfdg G/O Unltd B/E | A | Interest | | | Sold (part) | 01/18/12 | J | A | |
| 19. | | | | | Sold | 02/10/12 | K | B | |
| 20. Maryland St St & Loc Facs Ln 2nd Ser G/O B/E 7/15/19 | B | Interest | | | Sold | 11/15/12 | K | C | |
| 21. Maryland St St & Loc Facs Ln 2nd Ser G/O B/E 7/15/20 | B | Interest | K | T | | | | | |
| 22. Ocean City MD Rfdg Mun Purp G/O Unltd B\E 10/01/20 | A | Interest | K | T | Buy | 05/14/12 | K | | |
| 23. South Carolina St Pub Svc Auth Rev Rfdg Ser A G/O B/E | B | Interest | K | T | | | | | |
| 24. Charles Cnty MD Rfdg Cons Pub Impt G/O B\E | A | Interest | K | T | | | | | |
| 25. Knox Cnty TN Hlth Edl & Hsg Fac Brd Hsp Rev Rfdg Ser A | | None | K | T | Buy | 11/15/12 | K | | |
| 26. Massachusettes Bay Trans Auth Ma Genl Trans Sys Ser C | B | Interest | K | T | | | | | |
| 27. Milwaukee WI Rfdg Prom Nts Ser N2 G/O Unltd B\E 5/1/22 | A | Interest | J | T | Buy | 05/09/12 | J | | |
| 28. Maryland St Transn Auth Transn Facs Prjs Rev Rfdg B\E | A | Interest | K | T | Buy | 02/15/12 | K | | |
| 29. Annapolis MD Rfdg Pub Impts G/O B\E | B | Interest | K | T | Sold (part) | 06/12/12 | J | A | |
| 30. | | | | | | | | | |
| 31. Wells Fargo Advisors IRA #1 | | | | | | | | | |
| 32. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 33. JP Morgan Prime Money Market Sweep - Capital | A | Dividend | | | Closed | 01/13/12 | J | | |
| 34. Blackrock Global Alloc Global Allocation Inst | A | Dividend | K | T | Sold (part) | 06/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Unified Series Trust Roosevelt Multi-Cap Fd | A | Dividend | K | T | Buy | 06/05/12 | K | | |
| 36. First Eagle Fds Inc Global Fd CL 1 | A | Dividend | K | T | Sold (part) | 06/04/12 | J | | |
| 37. Hartford Mut Fds II Growth Opportnities Fd CL 1 | | None | | | Sold (part) | 04/13/12 | J | | |
| 38. | | | | | Sold (part) | 06/04/12 | K | | |
| 39. | | | | | Sold | 06/06/12 | J | | |
| 40. American Funds New Perspective Fund Inc Class F 1 | | None | | | Sold (part) | 06/04/12 | K | | |
| 41. | | | | | Sold | 06/06/12 | J | | |
| 42. Nuveen Invt Tr NWQ Multi-Cap Value Fd | | None | | | Sold (part) | 01/12/12 | J | | |
| 43. | | | | | Sold (part) | 06/04/12 | K | | |
| 44. | | | | | Sold | 06/06/12 | J | | |
| 45. Forward Fds Tactical Growth Fd CL M | A | Dividend | K | T | Buy | 06/04/12 | K | | |
| 46. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 47. Goldman Sachs Tr Dynamic Allocation Fd CL Institutional | B | Dividend | K | T | Buy | 06/04/12 | K | | |
| 48. Goldman Sachs Tr Finl Square Treas Instrs Fd Instl CL | | None | J | T | Buy | 06/04/12 | J | | |
| 49. | | | | | Sold (part) | 07/13/12 | J | | |
| 50. | | | | | Sold (part) | 10/12/12 | J | | |
| 51. Ivy Fds Inc Asset Strategy Fd CL 1 | B | Dividend | K | T | Buy | 06/04/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 53. Kinetics Mut Fds Inc Paradigm Fund Instl CL | A | Dividend | K | T | Buy | 06/04/12 | J | | |
| 54. American Fds Inc New CL F-1 | A | Dividend | K | T | Buy | 06/04/12 | J | | |
| 55. Oppenheimer Global Fd CL Y | A | Dividend | K | T | Buy (add'l) | 06/04/12 | J | | |
| 56. Third Ave Tr Value Tr | | None | | | Sold (part) | 06/04/12 | J | | |
| 57. | | | | | Sold | 06/06/12 | J | | |
| 58. Thornburg Invt Tr Value Fd CL 1 | | None | | | Sold (part) | 06/04/12 | K | | |
| 59. | | | | | Sold | 06/06/12 | J | | |
| 60. Thornburg Invt Tr Invt Income Builder Fd CL 1 | B | Dividend | | | Sold (part) | 06/04/12 | K | | |
| 61. | | | | | Sold | 06/06/12 | J | | |
| 62. Wells Fargo Advantage Asset Allocation FD - Admin CL | | None | | | Sold (part) | 06/05/12 | K | | |
| 63. | | | | | Sold | 06/07/12 | J | | |
| 64. Thornburg Invt Tr Global Opportunities Fd CL 1 | A | Dividend | K | T | Buy | 06/04/12 | K | | |
| 65. Professionally Mgd Fd Ptfl Ostweis Funds | A | Dividend | K | T | Buy | 06/04/12 | K | | |
| 66. Delaware Funds Select Growth Fd - 1 | | None | K | T | Buy | 06/04/12 | K | | |
| 67. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Advisors IRA #2 | | | | | | | | | |
| 70. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 71. Invesco Global Real Estate Y | A | Dividend | J | T | Buy (add'l) | 07/09/12 | J | | |
| 72. Managers Amg Fds Timessquare Mid Cap Growth Fd | A | Dividend | J | T | Buy (add'l) | 07/09/12 | J | | |
| 73. | | | | | Sold (part) | 08/28/12 | J | | |
| 74. Blair William Fds Intl Growth Fd CL 1 | A | Dividend | J | T | Sold (part) | 02/03/12 | J | | |
| 75. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 76. | | | | | Sold (part) | 08/28/12 | J | | |
| 77. Advisors Inner Circle Fd Cambiar Oppty Fd Instl CL | A | Dividend | J | T | Sold (part) | 02/03/12 | J | | |
| 78. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 79. | | | | | Sold (part) | 08/28/12 | J | | |
| 80. Delaware Group Adviser Fds Inc US Growth Port Instl CL | A | Dividend | J | T | Buy (add'l) | 07/09/12 | J | | |
| 81. | | | | | Sold (part) | 08/28/12 | J | | |
| 82. Delaware Group Equity Fds II - Value Fd Instl CL | A | Dividend | J | T | Buy | 01/24/12 | J | | |
| 83. | | | | | Buy (add'l) | 02/03/12 | J | | |
| 84. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 85. | | | | | Buy (add'l) | 08/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dreyfus Appreciation Fd Inc | A | Dividend | J | T | Buy (add'l) | 02/03/12 | J | | |
| 87. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 88. | | | | | Sold (part) | 08/28/12 | J | | |
| 89. DWS Value Ser Inc Small Cap Value Fd CL S | A | Dividend | J | T | Sold (part) | 02/03/12 | J | | |
| 90. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 91. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 92. First Eagle Funds Sogen Overseas Fund CL I | A | Dividend | J | T | Buy | 08/28/12 | J | | |
| 93. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 94. RS Invt Tr Emerging Mkts Fd CL Y | A | Dividend | J | T | Sold (part) | 02/03/12 | J | | |
| 95. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 96. Goldman Sachs Tr Finl Square Treas Instrs Fd Instl CL | | None | J | T | Sold (part) | 01/12/12 | J | | |
| 97. | | | | | Buy (add'l) | 02/03/12 | J | | |
| 98. | | | | | Sold (part) | 04/13/12 | J | | |
| 99. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 100. | | | | | Sold (part) | 07/13/12 | J | | |
| 101. | | | | | Sold (part) | 08/17/12 | J | | |
| 102. | | | | | Buy (add'l) | 08/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/12/12 | J | | |
| 104. Hancock John Cap Ser Classic Value Fund CL 1 | A | Dividend | J | T | Sold (part) | 02/03/12 | J | | |
| 105. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 106. | | | | | Sold (part) | 08/28/12 | J | | |
| 107. Harbor Fund Intl Fd Instl Class | A | Dividend | J | T | Sold (part) | 02/03/12 | J | | |
| 108. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 109. | | | | | Sold (part) | 08/28/12 | J | | |
| 110. Eagle Small Cap Growth Fund Class 1 | A | Dividend | J | T | Buy | 08/28/12 | J | | |
| 111. Hotchkis & Wiley Fds Mid Cap Value Fd CL 1 | A | Dividend | J | T | Sold (part) | 02/03/12 | J | | |
| 112. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 113. Artio International Equity Fd Class 1 | | None | | | Buy (add'l) | 01/24/12 | J | | |
| 114. | | | | | Buy (add'l) | 02/03/12 | J | | |
| 115. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 116. | | | | | Sold (part) | 08/28/12 | J | | |
| 117. | | | | | Sold | 08/31/12 | J | | |
| 118. Keeley Fds Inc Small Cap Value Fd CL 1 Shrs | | None | J | T | Buy (add'l) | 07/09/12 | J | | |
| 119. | | | | | Sold (part) | 08/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Legg Mason Value Trust TR INC NAV Value Trust | | None | | | Sold | 01/23/12 | J | | |
| 121. Morgan Stanley Instl Fd Trust Mid Cap Grwth Port Class | A | Dividend | J | T | Buy (add'l) | 02/03/12 | J | | |
| 122. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 123. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 124. Wells Fargo Funds Tr Emerging Growth Fund Instl Class | A | Dividend | J | T | Open | 03/21/12 | J | | |
| 125. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 126. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 127. Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | Buy (add'l) | 02/03/12 | J | | |
| 128. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 129. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 130. Pimco Fds Pac Invt Mgmt Ser - Cmtdy Real Return Strat F | A | Dividend | J | T | Buy (add'l) | 02/03/12 | J | | |
| 131. | | | | | Buy (add'l) | 07/10/12 | J | | |
| 132. | | | | | Sold (part) | 08/28/12 | J | | |
| 133. Security Equity Fd Mid Cap Value Ser CL A | A | Dividend | J | T | Sold (part) | 02/06/12 | J | | |
| 134. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 135. | | | | | Sold (part) | 08/28/12 | J | | |
| 136. Sentinel Mut Funds Small Company Class I | A | Dividend | | | Sold (part) | 02/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 138. | | | | | Sold (part) | 08/28/12 | J | | |
| 139. | | | | | Sold | 08/30/12 | J | | |
| 140. Touchstone Strategic Large Cap Growth Fd CL Y | A | Dividend | J | T | Buy (add'l) | 02/03/12 | J | | |
| 141. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 142. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 143. Wells Fargo Fds Tr Emerging Growth Fd Admin CL | | None | | | Sold (part) | 02/03/12 | J | | |
| 144. | | | | | Closed | 03/21/12 | J | | |
| 145. | | | | | | | | | |
| 146. Tiaa-Cref Retirment Accounts | | | | | | | | | |
| 147. Tiaa Traditional Account | A | Interest | J | T | | | | | |
| 148. Cref Stock Account | C | Dividend | K | T | | | | | |
| 149. Cref Growth Account | C | Dividend | K | T | | | | | |
| 150. Cref Global Equities Account | D | Dividend | L | T | | | | | |
| 151. Tiaa Real Estate | A | Dividend | J | T | | | | | |
| 152. Cref Infl Linked Bond | A | Interest | J | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Valic Annuity Accounts | | | | | | | | | |
| 155. Large Cap Account | B | Dividend | J | T | | | | | |
| 156. Fixed Income Account | A | Interest | J | T | | | | | |
| 157. | | | | | | | | | |
| 158. Montgomery Hospice Retirement Accounts | | | | | | | | | |
| 159. T. Rowe Price Retirement2020 Equity Fund | C | Dividend | | | Distributed | 06/29/12 | L | | |
| 160. | | | | | | | | | |
| 161. Wells Fargo Advisors Roth IRA #2 | | | | | | | | | |
| 162. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 163. Amer Balanced Fd Inc Class A | A | Dividend | J | T | | | | | |
| 164. | | | | | | | | | |
| 165. Capital One Checking Account #1 | | None | J | T | | | | | |
| 166. Capital One Checking Account #2 | | None | J | T | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

1. On 3/21/12 the account identified on line 124 was opened in exchange for the account identified on line 143, which account was identified on line 107 of the 2011 FDR.

2. The account identified on line 71 is the same account which was identified on line 48 of the 2011 FDR.

3. The balance of the retirement account identified on line 159 was rolled over into the Wells Fargo Advisors IRA #2 accounts beginning at line 69 on 6/29/12.

4. The checking account identified as "Capital One Checking Account #1" on line 165 is the same account which was identified simply as "Capital One Checking Account" on line 131 of the 2011 FDR. The checking account identified as "Capital One Checking Account #2" on line 166 was not previously reported because it did not meet the reporting requirements prior to 2012.

5. The following accounts which were identified on the 2011 FDR are identified on the 2012 FDR with minor name changes:

Line 96, 2012 FDR same account as line 67, 2011 FDR
Line 104, 2012 FDR same account as line 75, 2011 FDR
Line 107, 2012 FDR same account as line 79, 2011 FDR
Line 118, 2012 FDR same account as line 86, 2011 FDR
Line 140, 2012 FDR same account as line 104, 2011 FDR

6. The entry for US Savings Bonds shown on line 125 of the 2011 FDR is not included on the 2012 FDR. These bonds were gifts to a dependent child from relatives and should not have been reported on prior FDRs.

f

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. DiGirolamo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544